# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427



**RECEIVED**
NOV 14 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

November 10, 2011

**BY FAX**
The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, NY 10007

*The conf. is adjourned to 12/15/11, 10:00 a.m.*
*11-14-11*
*/s/ AKH*

Re: <u>Feaster et. als. v. City of New York et. al</u>, 11-CV-3090 (AKH)

Your Honor:

I represent plaintiff in this civil rights action.

I write, with consent of defense counsel, to request an adjournment of the conference currently scheduled for November 18, 2011 at 10:00 a.m.

On September 27, 2011 Your Honor ordered the parties to complete depositions of the plaintiff and a defendant police officer by November 18, 2011. However, due to scheduling issues, these depositions will not be completed until November 22, 2011.

No prior requests for adjournments have been made and this adjournment will not effect any other deadline. The parties are available for a conference on December 9, 2011 or at a time convenient to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/11

Respectfully,

/s/ Robert Marinelli

Robert Marinelli

Copy: Diep Nguyen, Esq. (by email)